1  Douglas C. Northup (Admitted *Pro Hac Vice*)
   Courtney R. Beller (Nevada Bar No. 12073)
2  FENNEMORE CRAIG, P.C.
   2394 E. Camelback Road, Suite 600
3  Phoenix, Arizona  85016-3429
   Telephone:  (602) 916-5000
4  Email:  dnorthup@fclaw.com
   Email:  cbeller@fclaw.com
5
   Christopher H. Byrd (Nevada Bar No. 1633)
6  FENNEMORE CRAIG, P.C.
   300 South Fourth Street, Suite 1400
7  Las Vegas, Nevada  89101
   Telephone:  (702) 692-8000
8  Email:  cbyrd@fclaw.com

9  *Attorneys for Defendants*
   *BP West Coast Products, LLC, Tesoro Refining &*
10 *Marketing Company, LLC, Treasure Franchise*
   *Company, LLC, Jeff Cary, Derek Tomita, and*
11 *Michael Glassman*

12              UNITED STATES DISTRICT COURT

13                  DISTRICT OF NEVADA

14 | NEVADA WEST PETROLEUM, LLC, a | Case No. 2:15-cv-01684-APG-(PAL) |
   | Nevada limited liability company; | |
15 | QARAMAN SUNSET / DECATUR, LLC,  a | |
   | Nevada limited liability company; WASEF | **STIPULATION TO VOLUNTARILY** |
16 | QARAMAN, LLC, a Nevada limited liability | **DISMISS DEFENDANTS JEFF CARY,** |
   | company; and QARAMAN MESQUITE, | **DEREK TOMITA AND MICHAEL** |
17 | LLC, | **GLASSMAN** |
   | | |
18 |                       Plaintiffs, | |
   | | **ORDER** |
19 |            v. | |
   | | |
20 | BP WEST COAST PRODUCTS, LLC, a | |
   | Delaware limited liability company; TESORO | |
21 | REFINING & MARKETING COMPANY, | |
   | LLC, a Delaware limited liability company; | |
22 | TREASURE FRANCHISE COMPANY, | |
   | LLC, a Delaware limited liability company; | |
23 | JEFF CARY, an individual; DEREK | |
   | TOMITA, an individual; and MICHAEL | |
24 | GLASSMAN, an individual, | |
   | | |
25 |                       Defendants. | |

26

FENNEMORE CRAIG, P.C.
PHOENIX

11834928

- 1 -

1       Plaintiffs, Nevada West Petroleum, LLC, Qaraman Sunset / Decatur, LLC, Wasef

2 Qaraman, LLC and Qaraman Mesquite, LLC (together, "Plaintiffs"), by and through their

3 counsel of record, and Defendants BP West Coast Products, LLC, Tesoro Refining & Marketing

4 Company, LLC, Treasure Franchise Company, LLC, Jeff Cary, Derek Tomita and Michael

5 Glassman (together, "Defendants"), by and through their counsel of record, hereby stipulate and

6 agree as follows:

7       1.     Defendants Jeff Cary, Derek Tomita and Michael Glassman may be dismissed

8 from this lawsuit with prejudice with each side to bear their own attorneys' fees and costs; and

9       2.     Based on the events alleged in the Complaint, Defendants stipulate that the

10 actions of Jeff Cary, Derek Tomita and Michael Glassman as alleged in the Complaint were

11 performed within the course and scope of their employment with BP West Coast Products, LLC,

12 . . .

13 . . .

14 . . .

15 . . .

16 . . .

17 . . .

18 . . .

19 . . .

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

1    Tesoro Refining & Marketing Company, LLC and/or Treasure Franchise Company, LLC.

2    DATED:  August 11, 2016                    FENNEMORE CRAIG, P.C.

3

4                                              By /s/ Douglas C. Northup
                                                  Douglas C. Northup (Admitted *Pro Hac Vice*)
5                                                 Courtney R. Beller (Nevada Bar No. 12073)
                                                  2394 E. Camelback Rd., Suite 600
6                                                 Phoenix, AZ  85016-3429
                                                  - and -
7                                                 Christopher H. Byrd (Nevada Bar No. 1633)
                                                  300 South Fourth Street, Suite 1400
8                                                 Las Vegas, NV  89101

9                                                 *Attorneys for Defendants*
                                                  *BP West Coast Products, LLC, Tesoro*
10                                                *Refining & Marketing Company, LLC,*
                                                  *Treasure Franchise Company, LLC, Jeff Cary,*
11                                                *Derek Tomita, and Michael Glassman*

12
     DATED:  August 11, 2016                    MORRIS, SULLIVAN, LEMKUL & PITEGOFF
13

14                                             By /s/ *Christopher A. Turtzo* (w/permission)
                                                  Jeffrey I. Pitegoff (Nevada Bar No. 005458)
15                                                Christopher A. Turtzo (Nevada Bar No. 10253)
                                                  3770 Howard Hughes Parkway, Suite 170
16                                                Las Vegas, NV  89169

17                                                *Attorneys for Plaintiffs*
                                                  *Nevada West Petroleum, LLC, Qaraman*
18                                                *Sunset / Decatur, LLC, Wasef Qaraman, LLC,*
                                                  *Qaraman Mesquite, LLC*
19

20                            **ORDER**

21        IT IS SO ORDERED.

22        Dated:  August 12, 2016.

23

24        _____

25                            UNITED STATES DISTRICT JUDGE

26

FENNEMORE CRAIG, P.C.     11834928
   PHOENIX

                              - 3 -