1  JEFFREY I. PITEGOFF, ESQ./ Nevada Bar No. 005458
   CHRISTOPHER A. TURTZO, ESQ./ Nevada Bar No. 10253
2  MORRIS, SULLIVAN, LEMKUL & PITEGOFF
   3770 Howard Hughes Parkway, Suite 170
3  Las Vegas, Nevada  89169
   Telephone No. (702) 405-8100
4  Fax No. (702) 405-8101
   turtzo@morrissullivanlaw.com
5
   Attorneys for Plaintiffs
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| NEVADA WEST PETROLEUM, LLC, a Nevada limited liability company; QUARAMAN MESQUITE, LLC, a Nevada limited liability company; and QUARAMAN SUNSET / DECATUR, LLC, a Nevada Limited Liability Company | Case No. 2:15-CV-01684-APG-PAL |
|---|---|
| Plaintiffs, | STIPULATION TO EXTEND DEADLINES TO FILE RESPONSE TO DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES AND COSTS (ECF DOC. # 63) |
| vs. | |
| BP WEST COAST PRODUCTS, LLC,, a Delaware limited liability company; TESORO REFINING & MARKETING COMPANY; LLC, a Delaware limited liability company, TREASURE FRANCHISE COMPANY, LLC, a Delaware limited liability company; DEREK TOMITA, an individual; MICHAEL GLASSMAN, an individual; and JEFF CAREY, an individual. | (FIRST REQUEST) |
| Defendants. | |

On November 1, 2016, Defendants filed their Application for Attorneys' Fees and Costs (ECF Doc.# 63). The current deadline for Plaintiffs to file their response is November 15, 2016.

The parties hereto, by and through the undersigned counsel of record, hereby stipulate and agree to extend the deadline for plaintiffs to respond by one day, to November 16, 2016. The parties additionally agree to extend the deadline for Defendants to file any reply to Plaintiffs' response by one judicial day, from November 25, 2016 to November 28, 2016.

/ / /

This is the first request for an extension of this deadline. The reason for the requested extension is that the parties were in Florida for the deposition of Plaintiff's expert, which was conducted on November 14, and, due to travel schedules, Plaintiffs require one additional day to finalize their response to the Defendants' motion.

The motion has not been set for hearing. Accordingly, the parties believe that extending the response and reply deadlines by a single day will not prejudice any party or the Court's schedule.

DATED this 15th day of November, 2016.

| MORRIS, SULLIVAN, LEMKUL & PITEGOFF | FENNEMORE CRAIG |
|---|---|
| /s/ Christopher Turtzo<br>JEFFREY I. PITEGOFF, ESQ.<br>Nevada Bar No. 005458<br>CHRISTOPHER A. TURTZO, ESQ.<br>Nevada Bar No. 010253<br>3770 Howard Hughes Parkway, Suite 170<br>Las Vegas, NV 89169<br>Attorney for Plaintiffs | /s/ Courtney Beller<br>DOUGLAS C. NORTHRUP (Admitted *Pro Hac Vice*)<br>COURTNEY R. BELLER<br>Nevada Bar No. 12073<br>2394 E. Camelback Road, Suite 600<br>Phoenix, Arizona 85016-3429<br><br>CHRISTOPHER H. BYRD<br>Nevada Bar No. 1633<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants |

IT IS SO ORDERED.

_____
United States District Court Magistrate Judge

Dated: November 17, 2016

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on this 15th day of November, 2016, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS TO RESPOND TO THE DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES AND COSTS** on all parties in this action by Electronic Mail through the United States District Court's CM/ECF Filing System.

DATED this 15th day of November, 2016

/s/ Allyson Lodwick
_____
An Employee of MORRIS, SULLIVAN, LEMKUL & PITEGOFF