UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA WEST PETROLEUM, LLC, a Nevada limited liability company; QARAMAN SUNSET / DECATUR, LLC, a Nevada limited liability company; WASEF QARAMAN, LLC, a Nevada limited liability company; and QARAMAN MESQUITE, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>BP WEST COAST PRODUCTS, LLC, a Delaware limited liability company; TESORO REFINING & MARKETING COMPANY, LLC, a Delaware limited liability company; TREASURE FRANCHISE COMPANY, LLC, a Delaware limited liability company; JEFF CARY, an individual; DEREK TOMITA, an individual; and MICHAEL GLASSMAN, an individual,<br><br>    Defendants. | Case No. 2:15-cv-01684-APG-(PAL)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF NO. 74) |

The defendants have moved to file under seal exhibits 8, 9, 10, 11, 13, and 14 to their Motion for Summary Judgment on Damages. That motion is supported by good cause, so I will grant it.

IT IS ORDERED granting the defendants' motion to file under seal **(ECF No. 74) is GRANTED.** The clerk of court shall maintain under seal Exhibits 8, 9, 10, 11, 13 and 14 to the defendants' Motion for Summary Judgment on Damages, which are currently filed as ECF No. 75.

DATED this 6th day of February, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE