JEFFREY I. PITEGOFF, ESQ./ Nevada Bar No. 005458
CHRISTOPHER A. TURTZO, ESQ./ Nevada Bar No. 10253
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada  89169
Telephone No. (702) 405-8100
Fax No. (702) 405-8101
turtzo@morrissullivanlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA WEST PETROLEUM, LLC, a Nevada limited liability company; QUARAMAN MESQUITE, LLC, a Nevada limited liability company; and QUARAMAN SUNSET / DECATUR, LLC, a Nevada Limited Liability Company<br><br>            Plaintiffs,<br><br>vs.<br><br>BP WEST COAST PRODUCTS, LLC,, a Delaware limited liability company; TESORO REFINING & MARKETING COMPANY; LLC, a Delaware limited liability company, TREASURE FRANCHISE COMPANY, LLC, a Delaware limited liability company; DEREK TOMITA, an individual; MICHAEL GLASSMAN, an individual; and JEFF CAREY, an individual.<br><br>            Defendants. | Case No. 2:15-CV-01684-APG-PAL<br><br>**STIPULATION TO EXTEND DEADLINES TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND  DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT REGARDING LIABILITY AND DAMAGES (ECF DOC. NOS. 72. 73 and 76)**<br><br>**(FIRST REQUEST)** |

On January 17, 2017, Defendants filed their Motion for Summary Judgment regarding Liability (ECF No. 72) and their Motion for Summary Judgment regarding Damages (ECF No. 73). On January 17, 2017, Plaintiffs filed their Motion for Partial Summary Judgment (ECF No. 76).  The current deadline for responses to all three (3) motions is February 7, 2017.

The parties hereto, by and through the undersigned counsel of record, hereby stipulate and agree to extend the deadline for Plaintiffs to respond to Defendants' two Motions for Summary Judgment and for Defendants to respond to Nevada West Petroleum, LLC's Motion for Partial Summary Judgment by one day, to February 8, 2017. The parties additionally agree to

extend the deadline for the parties to file any replies to the responses by one judicial day, from February 21, 2107 to February 22, 2017.

This is the first request for an extension of this deadline. The reason for the requested extensions is that Plaintiffs' counsel has trial starting in the Eighth Judicial District Court for Clark County, Nevada in another matter on February 7, 2017, which is the current due date for the responses. Therefore, Plaintiffs require one additional day to finalize their response to the Defendants' motions.

The motions have not been set for hearing. Accordingly, the parties believe that extending the response and reply deadlines by a single day will not prejudice any party or the Court's schedule.

DATED this 7th day of February, 2017.

| | |
|---|---|
| **MORRIS, SULLIVAN, LEMKUL & PITEGOFF** | **FENNEMORE CRAIG** |
| /s/ Christopher Turtzo<br>JEFFREY I. PITEGOFF, ESQ.<br>Nevada Bar No. 005458<br>CHRISTOPHER A. TURTZO, ESQ.<br>Nevada Bar No. 010253<br>3770 Howard Hughes Parkway, Suite 170<br>Las Vegas, NV  89169<br>Attorney for Plaintiffs | /s/  Courtney Beller<br>DOUGLAS C. NORTHRUP (Admitted *Pro Hac Vice*)<br>COURTNEY R. BELLER<br>Nevada Bar No. 12073<br>2394 E. Camelback Road, Suite 600<br>Phoenix, Arizona 85016-3429<br><br>CHRISTOPHER H. BYRD<br>Nevada Bar No. 1633<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants |

IT IS SO ORDERED.

_____
United States District Court Judge

Dated: February 7, 2017