Douglas C. Northup (Admitted *Pro Hac Vice*)
Courtney R. Beller (Nevada Bar No. 12073)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
Telephone: (602) 916-5000
Email: dnorthup@fclaw.com
Email: cbeller@fclaw.com

Christopher H. Byrd (Nevada Bar No. 1633)
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Email: cbyrd@fclaw.com

*Attorneys for Defendants
BP West Coast Products, LLC, Tesoro Refining &
Marketing Company, LLC, and Treasure Franchise
Company, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA WEST PETROLEUM, LLC, a Nevada limited liability company; QARAMAN SUNSET / DECATUR, LLC, a Nevada limited liability company; WASEF QARAMAN, LLC, a Nevada limited liability company; and QARAMAN MESQUITE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BP WEST COAST PRODUCTS, LLC, a Delaware limited liability company; TESORO REFINING & MARKETING COMPANY, LLC, a Delaware limited liability company; TREASURE FRANCHISE COMPANY, LLC, a Delaware limited liability company; JEFF CARY, an individual; DEREK TOMITA, an individual; and MICHAEL GLASSMAN, an individual, <br><br> Defendants. | Case No. 2:15-cv-01684-APG-(PAL) <br><br> **ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE APPLICATION FOR ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES** |

13325188

- 1 -

Pursuant to Motion to Extend Deadline to File Application for Attorneys' Fees and Related Nontaxable Expenses, and good cause appearing,

IT IS ORDERED granting Defendants' Motion to Extend Deadline to File Application for Attorneys' Fees and Related Nontaxable Expenses until November 17, 2017.

Dated: October 18, 2017.

UNITED STATES DISTRICT COURT JUDGE