1  JEFFREY I. PITEGOFF, ESQ./ Nevada Bar No. 005458
   CHRISTOPHER A. TURTZO, ESQ./ Nevada Bar No. 10253
2  MORRIS, SULLIVAN, LEMKUL & PITEGOFF
   3770 Howard Hughes Parkway, Suite 170
3  Las Vegas, Nevada  89169
   Telephone No. (702) 405-8100
4  Fax No. (702) 405-8101
   **turtzo@morrissullivanlaw.com**
5  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA WEST PETROLEUM, LLC, a Nevada limited liability company; QARAMAN SUNSET / DECATUR, LLC, a Nevada Limited Liability Company; WASEF QARAMAN, LLC, a Nevada limited liability company; and QARAMAN MESQUITE, LLC, a Nevada limited liability company; <br><br> Plaintiffs, <br><br> vs. <br><br> BP WEST COAST PRODUCTS, LLC,, a Delaware limited liability company; TESORO REFINING & MARKETING COMPANY; LLC, a Delaware limited liability company, TREASURE FRANCHISE COMPANY, LLC, a Delaware limited liability company; DEREK TOMITA, an individual; MICHAEL GLASSMAN, an individual; and JEFF CAREY, an individual. <br><br> Defendants. | Case No. 2:15-CV-01684-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE** |

The parties hereby stipulate that Defendants shall have an additional thirty-one days, up to and including December 18, 2017, to file their Application for Attorneys' Fees and Related Nontaxable Expenses.  The parties continue working towards an amicable resolution to the pending matter and need additional time before the expiration of the current deadline to avoid incurring additional expense while resolution is attempted.

/ / /

/ / /

- 1 -

This is the third stipulation for extension of time to file this application.

DATED this 16th day of November, 2017.

                                    FENNEMORE CRAIG, P.C.

                                    By *s/ Courtney Beller*
                                         Douglas C. Northup (Admitted *Pro Hac Vice*)
                                         Courtney R. Beller (Nevada Bar No. 12073)
                                         2394 E. Camelback Rd., Suite 600
                                         Phoenix, AZ  85016-3429
                                         - and -
                                         Christopher H. Byrd (Nevada Bar No. 1633)
                                         300 South Fourth Street, Suite 1400
                                         Las Vegas, NV  89101

                                         *Attorneys for Defendants*
                                         *BP West Coast Products, LLC, Tesoro*
                                         *Refining & Marketing Company, LLC, and*
                                         *Treasure Franchise Company*


                                  MORRIS SULLIVAN LEMKUL PITEGOFF


                                  By *s/ Christopher Turtzo*
                                           Jeffrey I. Pitegoff
                                           Christopher A. Turtzo
                                           3770 Howard Hughes Parkway, Suite 170
                                           Las Vegas, NV  89169

                                         Attorneys for Plaintiffs

IT IS SO ORDERED:

                                  UNITED STATES DISTRICT JUDGE

                              DATED:    11/17/2017