UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA WEST PETROLEUM, LLC, a Nevada limited liability company; QARAMAN SUNSET / DECATUR, LLC, a Nevada limited liability company; WASEF QARAMAN, LLC, a Nevada limited liability company; and QARAMAN MESQUITE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, a Delaware limited liability company; TESORO REFINING & MARKETING COMPANY, LLC, a Delaware limited liability company; TREASURE FRANCHISE COMPANY, LLC, a Delaware limited liability company; JEFF CARY, an individual; DEREK TOMITA, an individual; and MICHAEL GLASSMAN, an individual,<br><br>Defendants. | Case No. 2:15-cv-01684-APG-(PAL)<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT** |

In light of my order granting summary judgment in the defendants' favor (ECF No. 89),

IT IS ORDERED that the clerk of court shall enter judgment in favor of defendants BP West Coast Products, LLC; Tesoro Refining & Marketing Company, LLC; and Treasure Franchise Company, LLC and against plaintiffs Nevada West Petroleum, LLC; Qaraman Mesquite, LLC; Qaraman Sunset/Decatur, LLC; and Wasef Qaraman, LLC.

DATED this 5th day of December, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE